Argued April 5, 1944; decided May 25, 1944.

*Joshua M. Fiero, Jr.,* for appellant.
*Lester D. Stickles* and *Harry J. Hill* for respondents.

In each proceeding: Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the weight of evidence sustains the findings of the Special Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.